NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE WILLIAM B. KORB, BRIAN K. DOUGLAS, and MARCELLO OLIVEIRA**

---

2010-1030
(Serial No. 10/202,703)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

KEVIN L. REINER, McCarter & English LLP, of Hartford, Connecticut, argued for appellants. With him on the brief was MARK D. GIARRATANA.

JOSEPH G. PICCOLO, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were RAYMOND T. CHEN, Solicitor, and ROBERT J. MCMANUS, Associate Solicitor. Of counsel were SYDNEY O. JOHNSON, JR. and THOMAS W. KRAUSE, Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 10, 2010      /s/ Jan Horbaly
Date      Jan Horbaly
     Clerk